**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1997**

MARGARITA DEL CARMEN TORRES-MEJIA; G.Y.R.T,

Petitioners,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: March 24, 2020                                     Decided: April 15, 2020

Before MOTZ, DIAZ, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

David C. Drake, DRAKE IMMIGRATION LAW, PLLC, Alexandria, Virginia, for Petitioner. Joseph H. Hunt, Assistant Attorney General, John S. Hogan, Assistant Director, Lindsay Corliss, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Margarita Del Carmen Torres-Mejia and her minor child, natives and citizens of El Salvador, petition for review of an order of the Board of Immigration Appeals (Board) dismissing their appeal from the Immigration Judge's decision denying Torres-Mejia's application for asylum, withholding of removal, and protection under the Convention Against Torture. We have considered Torres-Mejia's claims after thoroughly reviewing the record and conclude that the record evidence does not compel a ruling contrary to any of the agency's factual findings, *see* 8 U.S.C. § 1252(b)(4)(B) (2018), and that substantial evidence supports the Board's decision, *see INS v. Elias-Zacarias,* 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Torres-Mejia* (B.I.A. Aug. 15, 2019). We deny the motion for summary disposition as moot and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*